**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CLEVEN MOORER,**

      **Plaintiff,**

**v.**                                **Case No. 3:11cv167/MCR/EMT**

**RICHARD VIVIANO,**

      **Defendant.**

_____/

**ORDER**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 28, 2011 (doc. 15).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.     This action is **DISMISSED** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      3.     The clerk is directed to enter judgment accordingly and close the file.

      **DONE AND ORDERED** this 1st day of August, 2011.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**